**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARKOS PAPPAS,

                Plaintiff,

                v.

FEDERAL BUREAU OF PRISONS *et al.*,

                Defendants.

Civil Action No. 15-880 (JMC)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that ECF 37 is **DENIED** as moot; and it is **FURTHER ORDERED** that the complaint and this civil action are **DISMISSED**. This is a final appealable Order. The Clerk of Court shall terminate this case.

     **SO ORDERED.**

     DATE: April 13, 2022

                                        Jia M. Cobb
                              U.S. District Court Judge